IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02632-GPG

(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

MAXIMILLIAN ZEFERINO ESQUIBEL,

    Plaintiff,

v.

JASON R. DUNN,
JASON ST. JULIEN, and
THOMAS MINSER,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Maximillian Zeferino Esquibel resides in Pueblo, Colorado. Plaintiff has filed *pro se* a document titled *Jurisdictional Complaint* (ECF No. 1)[1]. Accordingly, this civil action was opened.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that one or more filings is deficient (or not submitted) as described in this order. Plaintiff will be directed to cure the following to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

---

[1] "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system. The convention is used throughout this order.

1

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   **X**   **is not submitted**
(2)   ____   is missing affidavit
(3)   ____   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ____   is missing certificate showing current balance in prison account
(5)   ____   is missing required financial information
(6)   ____   is missing authorization to calculate and disburse filing fee payments
(7)   ____   is missing an original signature by the prisoner
(8)   ____   is not on proper form (must use the court's current form)
(9)   ____   names in caption do not match names in caption of complaint, petition or habeas application
(10)  **X**   other: **Instead of filing the motion and affidavit to proceed under § 1915, Plaintiff may pay the $400.00 filing fee in advance.**

**Complaint, Petition or Application**:
(11)  ____   is not submitted:
             Prisoner Complaint
(12)  **X**   **is not on proper form: Plaintiff must use a current court-approved form complaint.**
(13)  ____   is missing an original signature by the prisoner
(14)  ____   is missing page nos. ____
(15)  ____   uses et al. instead of listing all parties in caption
(16)  ____   names in caption do not match names in text
(17)  ____   addresses must be provided for all parties
(18)  ____   other:

Plaintiff may contact the Federal Pro Se Clinic at (303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter. The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain and utilize the court-approved

Complaint Form (General Complaint) and Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), which is also referred to as form AO 239, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED August 31, 2020.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge